NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BERNARD L. WOODS,                              )
                                               )
            Appellant,                         )
                                               )
v.                                             )        Case No. 2D18-4897
                                               )
STATE OF FLORIDA,                              )
                                               )
            Appellee.                          )
_____)

Opinion filed August 30, 2019.

Appeal from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Bernard L. Woods, pro se.

No appearance for Appellee.

PER CURIAM.

        Affirmed. See Fla. R. App. P. 9.315(a).

NORTHCUTT, LaROSE, and BLACK, JJ., Concur.